**Electronically Filed
Supreme Court
SCPW-22-0000522
26-SEP-2022
01:19 PM
Dkt. 4 ODDP**

SCPW-22-0000522

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

KAU'I W. POAHA, Petitioner,

vs.

CHIEF OF POLICE ARTHUR JOSEPH LOGAN,
HONOLULU POLICE DEPARTMENT, Respondent.

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition for a "peremptory" writ of mandamus, filed on August 29, 2022, the documents attached and submitted in support, and the record, Petitioner has not demonstrated a clear and indisputable right to relief, nor a lack of alternative means to seek relief. An extraordinary writ is thus not warranted. See Barnett v. Broderick, 84 Hawai'i 109, 111, 929 P.2d 1359, 1361 (1996); Salling v. Moon, 76 Hawai'i 273, 274 n.3, 874 P.2d 1098, 1099 n.3 (1994). Accordingly,

It is ordered that the petition is denied.

DATED: Honolulu, Hawai'i, September 26, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

